FILED
CLERK, U.S. DISTRICT COURT

SEP 1 4 2015

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>Marcos Sandoval Campos<br>    Defendant. | No CR 14-83-FMO<br><br>ORDER OF DETENTION AFTER HEARING ( Fed.R.Crim.P. 32.1(a)(6) Allegations of Violations of Probation Supervised Release)<br>Conditions of Release) |

On arrest warrant issued by a United States District Court involving alleged violations of conditions of probation or Supervised Release,

The court finds no condition or combination of conditions that will reasonably assure:

    (A)  ☒  the appearance of defendant as required; and/or

    (B)  ☒  the safety of any person or the community.

//
//

The court concludes:

A. (✗) Defendant poses a risk to the safety of other persons or the community because defendant has not demonstrated by clear and convincing evidence that:

he will not pose a danger, based on the Probation report and warrant, and the Pretrial Services Report and its recommendation of detention.

(B) (✗) Defendant is a flight risk because defendant has not shown by clear and convincing evidence that:

he will not flee, based on the Probation Report and warrant and the Pretrial Services Report and its recommendation of detention.

IT IS ORDERED that defendant be detained.

DATED: September 14, 2015

JOHN E. MCDERMOTT
UNITED STATES MAGISTRATE JUDGE